IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION


UNITED STATES OF AMERICA

v.                                    CASE NO:    1:15cr301

JEN SEKO

_____/

## DEFENDANT'S EXHIBIT LIST

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---------|-----------------|---------------|---------|-------------|
| 1 | | | | Seko – Personal Background |
| 1A | | | Seko | Application for State Benefits |
| 1B | | | Seko | Application for Student Loan Forbearance |
| 1C | | | Seko | Credit Report |
| 1D | | | Seko | Student Loan Tax Information |
| | | | | |
| | | | | |
| 2 | | | | Seko Direct Marketing – Corporate |
| 2A | | | Bus. Cert. | Company Seal |
| 2B | | | Bus. Cert. | Photos of business and office |
| 2C | | | Bus. Cert. | LegalZoom.com Incorporation LLC Order |
| 2D | | | Bus. Cert. | California Articles of Incorporation |
| 2E | | | Bus. Cert. | Seko Direct Marketing LLC Operating Agreement |
| 2F | | | Bus. Cert. | State Farm General Insurance Company Businessowners Policy Quote |
| 2G | | | Bus. Cert. | Chase Bank Welcoming Packet for SDM |
| 2H | | | Bus. Cert. | California Seller's Permit |
| 2I | | | Bus. Cert. | Department of the Treasury EIN |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 2J | | | Bus. Cert. | Address Verification Form for California Tax Board |
| 2K | | | Bus. Cert. | California Tax Calendar Notice of Change in Reporting Basis |
| 2L | | | Bus. Cert. | Wells Fargo NSF Letter |
| 2M | | | Bus. Cert. | Wells Fargo NSF Letter |
| 2N | | | Bus. Cert. | Union Bank NSF Letter |
| 2O | | | Bus. Cert. | Quick Books NSF Email |
| 2P | | | Bus. Cert. | IRS Payroll Authorization |
| 2Q | | | Bus. Cert. | QuikBooks Merchant Services |
| 2R | | | | RESERVED |
| 2S | | | | RESERVED |
| 2T | | | Bus. Cert. | Quikbooks Payment Instructions for SDM |
| 2U | | | Bus. Cert. | ACH Authorization Form |
| 2V | | | Bus. Cert. | W-9 Seko Direct Marketing LLC |
| 2W | | | Bus. Cert. | W-9 Salesgenie.com Inc. |
| 2X | | | Bus. Cert. | Jon Mikkelsen – We Mail For You |
| 2Y | | | Bus. Cert. | Payroll Tax Deposit Coupons (California) |
| 2Z | | | Bus. Cert. | California Employment Development Department |
| | | | | |
| | | | | |
| 3 | | | | Seko Direct Marketing – Records |
| 3A | | | Bus. Cert. | Customer Compliance and Approval form |
| 3A-1 | | | Bus. Cert. | Customer Compliance and Approval form |
| 3B | | | Bus. Cert. | Contract – Customer = Advertising / Marketing Agreement |
| 3C | | | Bus. Cert. | RealtyTrac Seko Employee Instructions |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 3D | | | Bus. Cert. | Administrative Assistant Job Description |
| 3E | | | Bus. Cert. | Procedures – Misc. for SDM Eees |
| 3F | | | Bus. Cert. | Solicitation List of Potential Clients for SDM |
| 3G | | | Bus. Cert. | Sample Mailers (Composite) |
| 3H | | | Bus. Cert. | Company Employee Handbook |
| 3I | | | Bus. Cert. | Attorney Ashley Baron Invoice |
| 3J | | | Bus. Cert. | Cell Phone Use Policy |
| | | | | |
| 4 | | | | Seko MOI's |
| 4A | | | Postal Inspector | MOI #1 |
| 4A-1 | | | Postal Inspector | Exhibits collected by PI's |
| 4B | | | Postal Inspector | MOI #2 |
| 4C | | | | RESERVED |
| 4D | | | Postal Inspector | Interview transcript |
| | | | | |
| | | | | |
| | | | | |
| 5 | | | | Government Documents |
| 5A | | | Postal Inspector | Indictment |
| 5B | | | Postal Inspector | Superseding Indictment |
| 5C | | | Postal Inspector | Great Seal |
| | | | | |
| | | | | |
| 6 | | | Postal Inspector | Search Warrants / Inventory / Records (Seko Direct Marketing) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 6A | | | Postal Inspector | Search Warrant + App / Aff – Cal. – Seko business |
| 6B | | | Postal Inspector | Search Warrant + App / Aff – Va. – Seko electronic devices |
| 6C | | | Postal Inspector | Search Warrant + App / Aff – Va. – Seko electronic devices re S Indictment |
| | | | | |
| | | | | |
| 7 | | | Postal Inspector | Search Warrants / Inventory / Records (ERG) |
| | | | | |
| | | | | |
| 8 | | | Postal Inspector | Search Warrants / Inventory / Records – Others |
| 8A | | | Postal Inspector | Sanchez/Ayala residence – Las Vegas |
| 8A-1 | | | Postal Inspector | Text messages – 206-465-2662 |
| 8A-2 | | | Postal Inspector | Text messages – 714-454-8371 |
| | | | | |
| | | | | |
| 9 | | | Postal Inspector | Undercover |
| 9A | | | Postal Inspector | Transcript of UC Calls |
| | | | | |
| | | | | |
| 10 | | | Birnbaum | Commercial Practices – Other Vendors |
| 10A | | | Postal Inspector | U.S. Budweiser Logo |
| | | | | |
| | | | | |
| 11 | | | Birnbaum | Rules and Regulations |
| 11A | | | Postal Inspector | Postal Regs / Rules / Publications / Guidelines |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 11B | | | Postal Inspector | FTC Regs / Rules / Publications / Guidelines |
| | | | | |
| | | | | |
| 12 | | | | Experts – General |
| | | | | |
| | | | | |
| 13 | | | | Expert – Robby Birnbaum |
| 13A | | | Birnbaum | CV |
| | | | | |
| | | | | |
| 14 | | | | Experts – Government |
| 14A | | | | Richard Bardwell |
| 14B | | | | Ian Hutchens |
| 14C | | | | Danielle Johnson-Kutch |
| 14D | | | | Greg Phillips |
| 14E | | | | Nanette Day |
| | | | | |
| | | | | |
| 15 | | | Bus. Cert. | Vendors |
| | | | | |
| 15A | | | Bus. Cert. | RealtyTrac |
| | | | | |
| 15B | | | Bus. Cert. | Minuteman Printing |
| | | | | |
| 15C | | | Bus. Cert. | Global Web HQ |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---------|-----------------|---------------|---------|-------------|
| 15D | | | Bus. Cert. | Select Staffing |
| 15E | | | Bus. Cert. | Kelly Paper |
| 15F | | | Bus. Cert. | Buyer Zone |
| 15G | | | Bus. Cert. | Real Source Inc. |
| 15H | | | Bus. Cert. | USA Data |
| 15I | | | Bus. Cert. | Info Group Inc. |
| 15J | | | Bus. Cert. | Black Book Data Inc. |
| 15K | | | Bus. Cert. | Lead Research Group |
| 15L | | | Bus. Cert. | Consumer Credit Marketing Inc. |
| 15M | | | Bus. Cert. | Isitthereyet.com |
| 15N | | | Bus. Cert. | Encore Direct Marketing |
| 15O | | | Bus. Cert. | Future Logistics Inc. |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 15P | | | Bus. Cert. | Hartford Casualty Insurance Company |
| | | | | |
| 15Q | | | Bus. Cert. | Safemart |
| | | | | |
| 15R | | | Bus. Cert. | Advanced Image Direct |
| | | | | |
| 15S | | | Bus. Cert. | Quill.com |
| | | | | |
| 15T | | | Bus. Cert. | Advanced Office Services |
| | | | | |
| 15U | | | Bus. Cert. | PMI Copier Company |
| | | | | |
| 15V | | | Bus. Cert. | We Mail for You |
| | | | | |
| 15W | | | Bus. Cert. | Navigators Print and Design Inc. |
| | | | | |
| 15X | | | Bus. Cert. | Seaboard Envelope Company Inc. |
| | | | | |
| 15Y | | | Bus. Cert. | Best Overnite Express |
| | | | | |
| 15Z | | | Bus. Cert. | Old Dominion Freight Line, Inc. |
| | | | | |
| 15AA | | | Bus. Cert. | Frank & Son – Frank Zamarripa Inc. |
| | | | | |
| 15BB | | | Bus. Cert. | Will's Trucking |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 15CC | | | Bus. Cert. | West Logistics |
| 15DD | | | Bus. Cert. | American Mailing, Printing & List Service |
| 15EE | | | Bus. Cert. | Consolidated Services |
| 15FF | | | Bus. Cert. | Century Business Services Inc. |
| 15GG | | | Bus. Cert. | Costco |
| 15HH | | | Bus. Cert. | Office Depot |
| 15II | | | Bus. Cert. | iCopywright Services Inc. |
| 15JJ | | | Bus. Cert. | Harry & David |
| 15KK | | | Bus. Cert. | K.C. Construction |
| 15LL | | | Bus. Cert. | Niagra Distributing |
| 15MM | | | Bus. Cert. | Advantage Printing, Mailing and Marketing |
| 15NN | | | Bus. Cert. | A.P. Mail Equipment Services & Supplies |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 15OO | | | Bus. Cert. | Jart Direct Mail Services |
| | | | | |
| 15PP | | | Bus. Cert. | 123 Inc. Jets |
| | | | | |
| 15QQ | | | Bus. Cert. | Super Warehouse |
| | | | | |
| 15RR | | | Bus. Cert. | AT&T |
| | | | | |
| 15SS | | | Bus. Cert. | Penske |
| | | | | |
| 15TT | | | Bus. Cert. | International Digital Enterprise Alliance |
| | | | | |
| 15UU | | | Bus. Cert. | Think Ink Marketing |
| | | | | |
| 15VV | | | Bus. Cert. | Uline Shipping Supply Specialists |
| | | | | |
| 15WW | | | Bus. Cert. | Melendez Bldg Maintenance Inc. |
| | | | | |
| 15XX | | | Bus. Cert. | Deluxe for Business |
| | | | | |
| 15YY | | | Bus. Cert. | Martin's Janitorial |
| | | | | |
| 15ZZ | | | Bus. Cert. | Whittier Mailing Products, Inc. |
| | | | | |
| 15AAA | | | Bus. Cert. | Mark Moreland – American Office Furniture |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| 15BBB | | | Bus. Cert. | Novatech Packing Systems Inc. |
| | | | | |
| 15CCC | | | Bus. Cert. | Centraldesktop |
| | | | | |
| 15DDD | | | Bus. Cert. | Action Wholesale Products, Inc. |
| | | | | |
| 15EEE | | | Bus. Cert. | Document IO Corp |
| | | | | |
| 15FFF | | | Bus. Cert. | Evlvd Corp |
| | | | | |
| 15GGG | | | Bus. Cert. | Airguide Publications, Inc. |
| | | | | |
| 15HHH | | | Bus. Cert. | Baumfolder Corporation |
| | | | | |
| 15III | | | Bus. Cert. | Bell and Howell, LLC |
| | | | | |
| 15JJJ | | | Bus. Cert. | Jim Marland |
| | | | | |
| 16 | | | Postal Inspector | Mailers – Seko |
| 16A | | | | Thompson, D     [*Daniel L. Thompson*] |
| 16A-1 | | | | Fact Sheet:   Treasury Releases Best Practices for Residential Covered Bonds |
| 16A-2 | | | | U.S. Department of Treasury Press Center – Support Under the Homeowner Affordability and Stability Plan: Three Cases |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 16B | | | | Isaacs, K   [*Kim Isaacs*] |
| 16C | | | | Hono, C.    [*Carol Hono*] |
| 16D | | | | Haynes, P.   [*Paul Haynes*] |
| | | | | |
| 17 | | | Postal Inspector | <u>Araya</u> |
| 17A | | | | Mailers |
| 17A-1 | | | | Retention Services  [April A. Daniels] |
| 17A-2 | | | | Retention Services  [Miguel A. Alvarez] |
| 17B | | | | Customer Compliance and Approval form |
| 17C | | | | Postage Statement |
| 17D | | | Bus. Cert. | Seko telephone recording |
| 17E | | | Bus. Cert. | Seko telephone recording transcript |
| 17F | | | Bus. Cert. | Seko telephone recording |
| 17F-1 | | | Bus. Cert. | 17F – redacted |
| 17G | | | Bus. Cert. | Seko telephone recording transcript |
| 17G-1 | | | Bus. Cert. | 17G – redacted |
| | | | | |
| 18 | | | | <u>Post Office Documents</u> |
| 18A | | | Postal Inspector | Permit Application #78 – Trust Funding |
| 18A-1 | | | Postal Inspector | Account Information – Trust Funding |
| 18A-2 | | | Bus. Cert. | Seko checks to USPS for Permit #78 |
| 18A-3 | | | Bus. Cert. | Postal Invoice |
| 18B | | | Postal Inspector | PI Gonzales email to USPS |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 18C | | | Bus. Cert. | Email from Seko to PI Gonzalez |
| | | | | |
| 19 | | | Bus. Cert. | <u>Customers</u> |
| | | | | |
| 19-A | | | Bus. Cert. | <u>Sean O'Neil</u> |
| 19A-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19A-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19A-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19A-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19B | | | Bus. Cert. | <u>Michael Moore</u> |
| 19B-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19B-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19B-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19B-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19C | | | Bus. Cert. | <u>Impact Debt Settlement</u> |
| 19C-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19C-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19C-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19C-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19D | | | Bus. Cert. | <u>Brookstone Law</u> |
| 19D-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19D-2 | | | Bus. Cert. | Postal Statements (Composite) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19D-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19D-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19E | | | Bus. Cert. | <u>Trident Holdings and Investments, LLC</u> |
| 19E-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19E-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19E-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19E-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19F | | | Bus. Cert. | <u>Tier 3 Team</u> |
| 19F-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19F-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19F-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19F-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19G | | | Bus. Cert. | <u>Savvy College Funding Solutions, Inc.</u> |
| 19G-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19G-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19G-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19G-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19H | | | Bus. Cert. | <u>Nash College Planning Strategies</u> |
| 19H-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19H-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19H-3 | | | Bus. Cert. | Business Documents (Composite) |

13

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19H-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19I | | | Bus. Cert. | <u>Swift Loan Funding</u> |
| 19I-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19I-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19I-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19I-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19J | | | Bus. Cert. | <u>Contact Ratio</u> |
| 19J-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19J-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19J-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19J-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19K | | | Bus. Cert. | <u>Bay Equity Home Loans</u> |
| 19K-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19K-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19K-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19K-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19L | | | Bus. Cert. | <u>Mailtech Inc.</u> |
| 19L-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19L-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19L-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19L-4 | | | Bus. Cert. | Electronic Mail (Composite) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| 19M | | | Bus. Cert. | <u>23andMe, Inc.</u> |
| 19M-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19M-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19M-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19M-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19N | | | Bus. Cert. | <u>Danny Gill, CPA</u> |
| 19N-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19N-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19N-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19N-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19O | | | Bus. Cert. | <u>Scot McDonald, McDonald Law Firm</u> |
| 19O-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19O-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19O-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19O-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19P | | | Bus. Cert. | <u>Reputation Impression</u> |
| 19P-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19P-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19P-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19P-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19Q | | | Bus. Cert. | Playing For Change Foundation |
| 19Q-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19Q-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19Q-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19Q-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19R | | | Bus. Cert. | Summit Alliance |
| 19R-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19R-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19R-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19R-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19S | | | Bus. Cert. | Student Aid Institute |
| 19S-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19S-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19S-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19S-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19T | | | Bus. Cert. | Prime Lending |
| 19T-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19T-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19T-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19T-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19U | | | Bus. Cert. | Best Freedom Financial (Best Freedom LLC) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19U-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19U-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19U-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19U-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19V | | | Bus. Cert. | BRE Properties Inc. |
| 19V-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19V-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19V-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19V-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19W | | | Bus. Cert. | Assurity Financial Solutions |
| 19W-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19W-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19W-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19W-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19X | | | Bus. Cert. | Hawkeye Financial Inc. |
| 19X-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19X-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19X-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19X-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19Y | | | Bus. Cert. | Iverson Dental Labs |
| 19Y-1 | | | Bus. Cert. | Postal Statement Worksheet |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19Y-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19Y-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19Y-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19Z | | | Bus. Cert. | <u>The Ruth Pugh Group-Century 21 Award</u> |
| 19Z-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19Z-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19Z-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19Z-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19AA | | | Bus. Cert. | <u>Jesse Tye</u> |
| 19AA-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19AA-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19AA-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19AA-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19BB | | | Bus. Cert. | <u>Yervand Arzakanyan</u> |
| 19BB-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19BB-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19BB-3 | | | Bus. Cert. | Business Documents (Composite) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19BB-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19CC | | | Bus. Cert. | <u>John Doan – Miracle Debt Solutions</u> |
| 19CC-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19CC-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19CC-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19CC-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19DD | | | Bus. Cert. | <u>Consumer Debt Payment Solutions</u> |
| 19DD-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19DD-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19DD-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19DD-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19EE | | | Bus. Cert. | <u>American Law Centers  [Araya]</u> |
| 19EE-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19EE-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 1EE-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19EE-4 | | | Bus. Cert. | Electronic Mail (Composite) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| 19FF | | | Bus. Cert. | <u>David West – Outreach Services</u> |
| 19FF-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19FF-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19FF-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19FF-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19GG | | | Bus. Cert. | <u>Susan Jones Home Resolution Centers</u> |
| 19GG-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19GG-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19GG-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19GG-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19HH | | | Bus. Cert. | <u>My Homeowners Advocate</u> |
| 19HH-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19HH-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19HH-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19HH-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19II | | | Bus. Cert. | <u>Jeffrey Lake, MD</u> |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19II-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19II-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19II-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19II-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19JJ | | | Bus. Cert. | <u>Covenant Debt Solutions</u> |
| 19JJ-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19JJ-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19JJ-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19JJ-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19KK | | | Bus. Cert. | <u>Sean Horan</u> |
| 19KK-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19KK-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19KK-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19KK-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19LL | | | Bus. Cert. | <u>Marc Erhlich – Caisson, Ltd</u> |
| 19LL-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19LL-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19LL-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19LL-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19MM | | | Bus. Cert. | <u>Scott Gimbel – Citywide Mortgage Corporation</u> |
| 19MM-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19MM-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19MM-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19MM-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19NN | | | Bus. Cert. | <u>David Tran – Contact Ratio</u> |
| 19NN-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19NN-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19NN-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19NN-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19OO | | | Bus. Cert. | <u>Frank Blakeley – ACC Home Loans</u> |
| 19OO-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19OO-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19OO-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19OO-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19PP | | | Bus. Cert. | <u>Eric Peterson – Integrated Financial</u> |
| 19PP-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19PP-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19PP-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19PP-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19QQ | | | Bus. Cert. | <u>John Doan – Encore Direct Marketing</u> |
| 19QQ-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19QQ-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19QQ-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19QQ-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19RR | | | Bus. Cert. | <u>Seko Direct Marketing</u> |
| 19RR-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19RR-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19RR-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19RR-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| | | | | |
| 19SS | | | Bus. Cert. | <u>AFC Mortgage</u> |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19SS-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19SS-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19SS-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19SS-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19TT | | | Bus. Cert. | <u>Default Servicing – Paul Brown or Kevin Pickering</u> |
| 19TT-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19TT-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19TT-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19TT-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19VV | | | Bus. Cert. | <u>Brigitte Rubidoux</u> |
| 19VV-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19VV-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19VV-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19VV-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19XX | | | Bus. Cert. | <u>Accredited Home Advocates</u> |
| 19XX-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19XX-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19XX-3 | | | Bus. Cert. | Business Documents (Composite) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 19XX-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 19ZZ | | | Bus. Cert. | UMAX Mortgage |
| 19ZZ-1 | | | Bus. Cert. | Postal Statement Worksheet |
| 19ZZ-2 | | | Bus. Cert. | Postal Statements (Composite) |
| 19ZZ-3 | | | Bus. Cert. | Business Documents (Composite) |
| 19ZZ-4 | | | Bus. Cert. | Electronic Mail (Composite) |
| | | | | |
| 20 | | | Bus. Cert. | Equity Restoration Group ("ERG") |
| 20A | | | Postal Inspector | Mailers |
| 20B | | | Postal Inspector | Mortgage Mod Approval |
| 20C | | | Postal Inspector | Loan Mod Approval |
| 20D | | | Bus. Cert. | Misc. documents (Composite) |
| 20E | | | Bus. Cert. | Postage Mailers |
| 20F | | | Bus. Cert. | Postal Statement Spreadsheet |
| 20G | | | Bus. Cert. | Mailing Approvals Proofs (Composite) |
| 20H | | | Bus. Cert. | Retention Services – Non-disclosure Agreement |
| 20I | | | Bus. Cert. | Credit Application for American Law Centers |
| 20J | | | Bus. Cert. | Credit Application for ABC Marketing LLC |
| | | | | |
| | | | | |
| 21 | | | Bus. Cert. | Neighborhood Counseling Services of America |
| | | | | |
| | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---------|-----------------|---------------|---------|-------------|
| 22 | | | Bus. Cert. | Home Preservation Services |
| | | | | |
| | | | | |
| 23 | | | Bus. Cert. | Home Retention Center |
| | | | | |
| | | | | |
| 24 | | | Bus. Cert. | American Financial Services |
| | | | | |
| | | | | |
| 25 | | | Bus. Cert. | Residential Community Outreach Services |
| | | | | |
| | | | | |
| 26 | | | Bus. Cert. | Processing Services |
| | | | | |
| | | | | |
| 27 | | | Bus. Cert. | Payment Reduction |
| | | | | |
| | | | | |
| 28 | | | Bus. Cert. | Quadrant Financial |
| | | | | |
| | | | | |
| 29 | | | | General Information |
| 29A | | | Postal Inspector | List of Fraud Company Locations |
| | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| 30 | | | | Roscoe Ortega Umali |
| 30A | | | Public Record | Plea Agreement |
| 30B | | | Public Record | Statement of Facts |
| 30C | | | Public Record | United States' Position on Sentencing |
| 30D | | | Public Record | Judgment in a Criminal |
| | | | | |
| 31 | | | | Joshua David Johnson |
| 31A | | | Public Record | Plea Agreement |
| 31B | | | Public Record | Statement of Facts |
| 31C | | | Postal Inspector | Organizational Charts |
| 31D | | | Bus. Cert. | SDM email correspondence |
| 31E | | | Public Record | United States' Position on Sentencing |
| 31F | | | Public Record | Judgment in a Criminal Case |
| 31G | | | | Disclaimer |
| | | | | |
| 32 | | | | Isaac Joshua Perez |
| 32A | | | Public Record | Plea Agreement |
| 32B | | | Public Record | Statement of Facts |
| 32C | | | Public Record | United States' Position on Sentencing |
| 32D | | | Public Record | Judgment in a Criminal Case |
| | | | | |
| 33 | | | | Jefferson Maniscan |
| 33A | | | Public Record | Plea Agreement |
| 33B | | | Public Record | Statement of Facts |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 33C | | | Public Record | United States' Position on Sentencing |
| 33D | | | Public Record | Judgment in a Criminal Case |
| | | | | |
| 34 | | | | <u>Sammy Araya</u> |
| | | | | |
| | | | | |
| 35 | | | | <u>Nicholas Ryan Estilow</u> |
| 35A | | | Public Record | Plea Agreement |
| 35B | | | Public Record | Statement of Facts |
| 35C | | | Public Record | United States' Position on Sentencing |
| 35D | | | Public Record | Judgment in a Criminal Case |
| | | | | |
| 36 | | | | Sabrina Ann Rafo |
| 36A | | | Public Record | Plea Agreement |
| 36B | | | Public Record | Statement of Facts |
| 36C | | | Public Record | United States' Position on Sentencing |
| 36D | | | Public Record | Judgment in a Criminal Case |
| | | | | |
| 37 | | | | Michael David Henderson |
| | | | | |
| | | | | |
| 38A | | | | <u>Raymund Oquendo Dacanay</u> |
| 38A-1 | | | Public Record | Plea Agreement |
| 38A-2 | | | Public Record | Statement of Facts |
| 38A-3 | | | Public Record | United States' Position on Sentencing |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 38A-4 | | | Public Record | Judgment in a Criminal Case |
| | | | | |
| 38B | | | | Phillip Ortega |
| | | | | |
| 38C | | | | Joshua Manuel Sanchez |
| 38C-1 | | | Public Record | Plea Agreement |
| 38C-2 | | | Public Record | Statement of Facts |
| 38C-3 | | | Public Record | United States' Position on Sentencing |
| 38C-4 | | | Public Record | Judgment in a Criminal Case |
| | | | | |
| 38D | | | | Kristen Michelle Ayala |
| 38D-1 | | | | MOI |
| 38D-2 | | | Public Record | Plea Agreement |
| 38D-3 | | | Public Record | Statement of Facts |
| 38D-4 | | | Public Record | United States' Position on Sentencing |
| 38D-5 | | | Public Record | Judgment in a Criminal Case |
| | | | | |
| | | | | |
| 39 | | | | RESERVED |
| | | | | |
| | | | | |
| 40 | | | | V#1 – David Augustin |
| | | | | |
| | | | | |
| 41 | | | | V#2 – Robert M_____ |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 42 | | | | <u>V#3 – Gladys West</u> – ¶73-79  [Counts 4 and 5] |
| | | | | |
| | | | | |
| 43 | | | | <u>V#4 – Wilner J_____</u> – ¶80-83 |
| | | | | |
| | | | | |
| 44 | | | | <u>V#5 – Michelle M_____</u> – ¶84-88 |
| | | | | |
| | | | | |
| 45 | | | | <u>V#6 – Mr. Scott Maiforth</u> – ¶89-92  [Count 8] |
| | | | | |
| | | | | |
| 46 | | | | <u>V#7 – Aisha P_____</u> – ¶93-97 |
| | | | | |
| | | | | |
| 47 | | | | <u>V#8 – Dr. David Wilson</u>  – ¶98-101  [Count 6] |
| | | | | |
| | | | | |
| 48 | | | | <u>V#9 – Daniel Thompston</u> – ¶102-110  [Count 7] |
| | | | | |
| | | | | |
| 49 | | | | <u>OA ¶112 Victims</u> |
| 49A | | | | Susanne P_____ |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 49A-1 | | | | |
| | | | | |
| 49B | | | | Carol Honer |
| 49B-1 | | | | |
| | | | | |
| 49C | | | | Daniel W_____ |
| 49C-1 | | | | |
| | | | | |
| 49D | | | | Kim I_____ |
| 49D-1 | | | | |
| | | | | |
| 49E | | | | Paul H_____ |
| 49E-1 | | | | |
| | | | | |
| 49F | | | | Danita V_____ |
| 49F-1 | | | | |
| | | | | |
| 49G | | | | James W_____ |
| 49G-1 | | | | |
| | | | | |
| 49H | | | | Tom L_____ |
| 49H-1 | | | | |
| | | | | |
| 49I | | | | Cynthia M_____ |
| 49I-1 | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 50 | | | | OA ¶113 Victims |
| 50A | | | | Selwyn O_____ |
| 50A-1 | | | | |
| | | | | |
| 50B | | | | William Edward W____, Jr. |
| 50B-1 | | | | |
| | | | | |
| 50C | | | | Jennifer L_____ |
| 50C-1 | | | | |
| | | | | |
| 50D | | | | Michelle H_____ |
| 50D-1 | | | | |
| | | | | |
| | | | | |
| 50E | | | | Donna Bragg S_____ |
| 50E-1 | | | | |
| | | | | |
| 50F | | | | Nicole L_____ |
| 50F-1 | | | | |
| | | | | |
| 50G | | | | Jason B_____ |
| 50G-1 | | | | |
| | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 50H | | | | Donald R_____ |
| 50H-1 | | | | |
| | | | | |
| 50I | | | | Greg S_____ |
| 50I-1 | | | | |
| | | | | |
| | | | | |
| 51 | | | | [RESERVED] |
| | | | | |
| 52 | | | | [RESERVED] |
| | | | | |
| 53 | | | | [RESERVED] |
| | | | | |
| 54 | | | | [RESERVED] |
| | | | | |
| 55 | | | | [RESERVED] |
| | | | | |
| 56 | | | | [RESERVED] |
| | | | | |
| 57 | | | | [RESERVED] |
| | | | | |
| 58 | | | | [RESERVED] |
| | | | | |
| 59 | | | | [RESERVED] |
| | | | | |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | Bus. Cert. | Seko Eees |
| 60 | | | Bus. Cert. | Akanesi Tauaika |
| 60A | | | Bus. Cert. | Resume |
| 60B | | | Bus. Cert. | Employment Application |
| 60C | | | Bus. Cert. | Signed Attendance Policy |
| 60D | | | Bus. Cert. | Signed Cell Phone Use Policy |
| 60E | | | Bus. Cert. | New Team Member Checklist |
| 60F | | | Bus. Cert. | Orange County Evaluation |
| 60G | | | Bus. Cert. | Time Sheets – Composite |
| 60H | | | Bus. Cert. | SSA OJT/WEX Manual [SBA] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 61 | | | Bus. Cert. | Archie Saquillabon |
| 61A | | | Bus. Cert. | Payroll Records |
| | | | | |
| | | | | |
| 62 | | | Bus. Cert. | Matt Maae |
| 62A | | | Bus. Cert. | Resume |
| 62B | | | Bus. Cert. | Employment Verification Form I-9 and Passport DL Copy |
| 62C | | | Bus. Cert. | W-9 |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| 63 | | | Bus. Cert. | Bertha Galvan |
| 63A | | | Bus. Cert. | Time Sheet |
| 63B | | | Bus. Cert. | Payroll |
| | | | | |
| 64 | | | Bus. Cert. | Helen Hernandez |
| 64A | | | Bus. Cert. | Time Sheets – Composite |
| 64B | | | Bus. Cert. | Payment Records – Composite |
| | | | | |
| | | | | |
| 65 | | | Bus. Cert. | Carla Sanchez |
| 65A | | | Bus. Cert. | Time Sheets |
| 65B | | | Bus. Cert. | Invoice (time sheet) |
| | | | | |
| 66 | | | Bus. Cert. | Jocelyn Romua (Pippens) |
| 66A | | | Bus. Cert. | 1099 |
| | | | | |
| 67 | | | Bus. Cert. | Kenny Nguyen |
| 67A | | | Bus. Cert. | Payroll – Timesheet |
| | | | | |
| | | | | |
| 68 | | | Bus. Cert. | Anthony Espirito |
| | | | | |
| | | | | |
| 69 | | | Bus. Cert. | Christopher Rivera |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| 70 | | | Bus. Cert. | Peter Nguyen |
| 70A | | | Bus. Cert. | Payroll Records |
| 70B | | | Bus. Cert. | Signed Attendance Policy |
| 70C | | | Bus. Cert. | Signed Cell Phone Use Policy |
| | | | | |
| 71 | | | Bus. Cert. | Mauro "Tony" Marquez |
| 71A | | | Bus. Cert. | Resume |
| 71B | | | Bus. Cert. | Payroll |
| 71C | | | Bus. Cert. | W-2 |
| | | | | |
| 72 | | | Bus. Cert. | Vanessa Rodriguez |
| 72A | | | Bus. Cert. | Resume |
| | | | | |
| | | | | |
| 73 | | | Bus. Cert. | Kenneth Kim |
| 73A | | | Bus. Cert. | Resume |
| 73B | | | Bus. Cert. | Employment Application |
| | | | | |
| 74 | | | Bus. Cert. | Jamie Seko |
| 74A | | | Bus. Cert. | W-2 |

Note: Seko reserves the right to use any exhibits designated on the exhibit lists of the government or any codefendant, as well as any discovery provided by the government.

68970