IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:15cr301 (JCC) |
| | ) |
| JEN SEKO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is HEREBY ORDERED that:

(1) Defendant Seko's Renewed Third Motion *in Limine* to Exclude Government Agents' Testimony [Dkt. 491] regarding an alleged caution they gave her in April 2013 about Mr. Araya is DENIED;

(2) Defendant Seko's Fourth Motion *in Limine* to Exclude Tax Returns [Dkt. 470] is DENIED;

(3) Defendant Seko's Fifth Motion *in Limine* to Preclude the Government from Asserting Seko was "Uncooperative" with Law Enforcement [Dkt. 513] is GRANTED; *and*

(4) The Clerk of Court shall forward copies of this Order to all Counsel of Record.

It is so ORDERED.

/s/
April 10, 2017                     James C. Cacheris
Alexandria, Virginia       UNITED STATES DISTRICT COURT JUDGE