1              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF VIRGINIA
2                 ALEXANDRIA DIVISION

3    ------------------------------x
                                   :
4    UNITED STATES OF AMERICA       :
                                   :
5            versus                 : Criminal Action Number
                                   :
6    SAMMY ARAYA                    : 1:15-CR-301
                                   :
7              Defendant.           :
     ------------------------------x
8    ------------------------------x
                                   :
9    UNITED STATES OF AMERICA       :
                                   :
10           versus                 : Criminal Action Number
                                   :
11   MICHAEL HENDERSON              : 1:15-CR-301
                                   :
12             Defendant.           :
     ------------------------------x
13   ------------------------------x
                                   :
14   UNITED STATES OF AMERICA       :
                                   :
15           versus                 : Criminal Action Number
                                   :
16   JEN SEKO                       : 1:15-CR-301
                                   :
17             Defendant.           :
     ------------------------------x
18                                  April 10, 2017

19                  Volume I of X

20          (Government's Opening Argument)

21

22        The above-entitled Jury Trial was continued
          before the Honorable James C. Cacheris, United
23        States District Judge.

          THIS **EXCERPT** TRANSCRIPT REPRESENTS THE PRODUCT
24        OF AN OFFICIAL REPORTER, ENGAGED BY THE
          COURT, WHO HAS PERSONALLY CERTIFIED THAT
25        IT REPRESENTS TESTIMONY AND PROCEEDINGS OF
          THE CASE AS RECORDED.
                                                    1
                    ——Tonia M. Harris, Official Reporter——

1                        A P P E A R A N C E S

2     FOR THE PLAINTIFF:

3              UNITED STATES ATTORNEY'S OFFICE
               Samantha Bateman
4              Ryan Scott Faulconer
               US Attorney's Office (Alexandria-NA)
5              2100 Jamieson Avenue
               Alexandria, VA 22314
6
      FOR THE DEFENDANT: (Araya)
7
               Frank Salvato
8              1203 Duke Street
               Alexandria, VA 22314
9
      FOR THE DEFENDANT: (Henderson)
10
               Bruce Cooper
11             717 D Street, NW
               Suite 300
12             Washington, DC 20004

13    FOR THE DEFENDANT: (Seko)

14             John Louis Machado
               Law Office of John Machado
15             503 D Street NW
               Suite 310
16             Washington, DC 20001

17             FALLGATTER & CATLIN
               Curtis Fallgatter
18             Alex King
               200 East Forsyth Street
19             Jacksonville, FL 32202

20

21

      OFFICIAL UNITED STATES COURT REPORTER:
22
               MS. TONIA M. HARRIS, RPR
23             United States District Court
               Eastern District of Virginia
24             401 Courthouse Square
               Tenth Floor
25             Alexandria, VA 22314
               763-443-9034
                                                      2

1    (Previous proceedings were had but not included herein.)

2                        **OPENING ARGUMENT**

3           MS. BATEMAN:  Good afternoon, ladies and

4    gentlemen.  My name is Samantha Bateman and along with my

5    co-counsel, Ryan Faulconer, I'll be presenting this case

6    on behalf of the United States.

7           The case that you're going to hear throughout

8    this trial, is all about lies and deception. You'll learn

9    it's about a group of people operating out of the southern

10   California area, specifically around L.A. in Orange

11   County.  Who all banded together and conspired to defraud

12   homeowners struggling to make their mortgage payments in

13   the wake of the financial crisis.

14          Including some people who lived right here in

15   the Eastern District of Virginia.  This case will be about

16   the lies that the conspirators told those homeowners, the

17   false promises, and the money they scammed them out of.

18   Thousands of dollars from each individual person, but up

19   to millions of dollars in total.

20          The conspiracy you're going to hear about in

21   this case was to operate something that I'm going to call

22   a mortgage modification fraud scam.  And it can sound kind

23   of complicated, but you'll learn that unfortunately it's

24   really pretty simple.  So I want to tell you how it works

25   by explaining from the perspective of just one of the

victims that fell prey to it.  Somebody you'll hear from
named Cheryl Giles.  You'll have an opportunity to meet
Cheryl and when she takes that stand she'll tell you that
she and her husband Donald lived together in a small town
in Massachusetts called Amesbury.  And like a lot of
homeowners in the wake of the financial crisis in the 2012
time period, she and Donald had run into some tough times.
You will hear that the Giles had some medical bills piling
up and then Donald lost his job.  Cheryl still had a full
time job, she was working and her job is to help mentally
handicapped adults learn to take care of themselves, do
some basic life tasks.  It's really rewarding work, but
she will tell you it's not that financially lucrative.  So
for a while she actually took out a second job cleaning
houses, but it still wasn't enough.

In the fall of 2012 the Giles fell behind on
their mortgage payments.  They were having trouble paying
the bills and they started getting letters in the mail
from their bank talking about possible foreclosure.  So
they were scared.  They were worried they might lose their
house.

And then one fall day in October 2012, they go
to the mailbox, open it up and find this.  This pink
mailer.  Now you'll see this document and others like it
throughout the trial, this one at the top in big capital

4

1    letters says "Notice of HUD relief."  HUD being the U.S.

2    Department of Housing and Urban Development.  And there's

3    a logo at the bottom Equal Housing Opportunity.  Right

4    below some teeny tiny print that says the company isn't

5    really associated with HUD.  It says it's courtesy of

6    something called Retention Services, which you'll hear the

7    Giles had never heard of before, but when they read the

8    document, it said, "Many Americans are unaware of their

9    rights.  But, we have been trying to reach you without

10   success."  It said that they might be prequalified for

11   something that could help them out with their mortgage.  A

12   modification.  And you'll learn that there is a program

13   that the federal Government administers that helps people

14   modify their mortgages.  They show a hardship that can

15   reduce their monthly mortgage payments to a more

16   manageable amount.

17          But it said here that they could contact a case

18   manager for more information.  And then in bold print

19   underlined it says, "Your time is running out."

20          So, their interest was piqued.  They look at the

21   other side.  It's got a case number.  It looks official.

22   It has their name, their mortgage balance, all of their

23   personal information that they think is private, their

24   street address, and everything else, even status of their

25   loan.  And so, they think it's legitimate.  They turn it

1    back over and they see a toll-free helpline on there and

2    they talk about it and decide to call.  They are excited.

3    For the first time in months they feel hopeful again.

4    Maybe this pink mailer will be the ticket to saving their

5    house.  So, they pick up the phone, they call that number,

6    and then they talk to somebody who says that they are a

7    customer service representative from this organization.

8    They want to help.  They say maybe your bank isn't

9    treating you very well, but we will, we'll listen.  And

10   the person on the other end of the line asks Cheryl,

11   What's going on?  How did you fall behind?  And so she

12   explains about Donald's job and how hard it is to make

13   ends meet on just her salary.  And then they say, We might

14   be able to help you, but how much can you actually pay?

15   How much money do you have?  And so, she tells them.  And

16   they say "Prove it."  So she sends some financial

17   documents as they've requested.

18            And then pretty soon she gets another call, and

19   they say congratulations, you're in luck, you've been

20   approved for a mortgage modification.  All you have to do

21   is pay an upfront fee.  Something called a "reinstatement

22   fee" that your lender is supposedly requesting.  And here

23   is the only catch, it has to be certified funds.  It's

24   about $4,000 that they have to pay in two to three weeks.

25   It has to be a cashier's check or money order made payable

1    to a certain company and then sent out to an address in

2    southern California.

3           They sit down and talk about it.  Cheryl and

4    Donald think that this is legitimate.  That's not their

5    concern.  Their concern is the amount of money.  It's a

6    lot for them at that time.  But, they decide it's worth it

7    if they can save their house.

8           So they scrape together the money.  They go to

9    the bank or the post office and get a money order and then

10   they send it off to California.  And then they get another

11   call.  Somebody talks to Cheryl and says again, good news

12   your mortgage modification is almost approved, but there's

13   one more step.  Now you have to make a couple of trial

14   payments, monthly payments, to prove that you're going to

15   be able to make the new lower monthly amount.

16          And again, they say you have to send it to us

17   out in California.  In fact, they say don't send it to

18   your bank.  Don't pay your mortgage like normal.  Just

19   send the money to us.  In fact, don't even contact your

20   lender because all they could do is ruin this deal.  So

21   Cheryl and Donald, they do.  The Giles again they get the

22   money together, they send off a couple of monthly

23   payments, and then they wait for the mortgage modification

24   that they've been promised.

25          You can probably guess what happens next.  We'll

Tonia M. Harris, Official Reporter

EASTERN DISTRICT OF VIRGINIA
UNITED STATES DISTRICT COURT

1    prove, throughout this trial, that there was no such thing

2    as a company called Retention Services in southern

3    California that was really trying to save their home.

4    We'll prove it was all just lies and deception.  Part of a

5    fraud conspiracy.  You'll learn the HUD relief that they

6    were promised in this mailer never materialized.  There

7    was never a case manager standing by ready to help them

8    out.  In fact, you'll learn that the money they sent never

9    even went to their bank or lender.  It wasn't used for

10   mortgage modification or to reduce their monthly payments.

11          When they realized that, when they tried to call

12   back, demand a refund ask what happened, the phone lines

13   went dark.  Nobody answered.  We're going to prove the

14   scammers stole their money and moved on.

15          You'll also learn that Cheryl Giles and her

16   husband were far from the only people to fall victim to

17   this.  Homeowner after homeowner after homeowner all

18   across the country had the same basic thing happen to

19   them.  You're going to hear from a handful of those

20   people.  It happened to David Augustin who lives in New

21   York, his wife was pregnant at the time, and he was

22   scammed too.  It happened to people who lived in Ohio like

23   Daniel Thompson and Gladys West who works as a registered

24   nurse.  It happened to disabled veterans of the U.S. Armed

25   Forces who served our country honorably like James

1    Williams.  And it happened to people who live right near

2    here.  So you'll hear from Barbara Barkley, a widow who

3    lived in Chesapeake at the time.  It also happened to

4    David Outing who lives sort of outside of Richmond in

5    Chesterfield.  And it happened to a janitor named Archie

6    Davis, who lives right near here in our back yard in

7    Woodbridge, Virginia.  You're going to learn that they

8    were all part of a pattern.  A large conspiracy that

9    defrauded a number of different homeowners.  We'll prove

10    to you that all of the companies that they dealt with,

11    that were supposedly offering them assistance, weren't

12    actually qualified to do that and never did.

13           I do want to tell you that there are going to be

14    some differences in their stories.  So in some cases

15    you're going to hear that the scammers on the other side

16    of the phone told them different information.  Sometimes

17    they pretended to be from a nonprofit.  Other times they

18    made it sound like they were a representative of the

19    homeowners' lender or maybe the servicer for their

20    mortgage.  And so other times they made it sound like they

21    were affiliated with real Government agencies or real

22    Government programs that were supposed to help homeowners

23    out in the wake of a financial downturn.

24           Other times they were also told to make their

25    payments in different ways.  Still hard earned savings but

1  different methods of transmitting it so wire transfers or

2  something you'll hear about called MoneyGrams instead of

3  money orders or cashier's checks.  And the scammers used

4  different mailers from time to time too.  You'll learn

5  they actually changed tactics and changed these around so

6  that they could avoid law enforcement detection and stop

7  homeowners from complaining if they received the same type

8  of document in the mail again.  So you'll see ones that

9  are different colors or you'll hear about different

10 contents of these letters.  And then a few people didn't

11 get a letter at all.  There were a couple, just a small

12 handful that actually signed up online on a website that

13 the conspirators created in those fake company names.

14      And you'll also hear that every once in a while

15 the scammers would actually contact people's banks.  They

16 would send in letters of authorization, which had fake

17 aliases on them.  And people will explain to you that that

18 wasn't really to try to help anybody out.  You'll learn it

19 was a stall tactic.  It was a processing arrangement that

20 made it look like they were doing something to help so

21 that it could prolong the process, and they could collect

22 more and more of those monthly payments.  It was a

23 cover-up.

24      So despite those small differences, at bottom,

25 all the stories you are going to hear are the same.  Just

like the Giles family.  Every other victim that testifies
will tell you a story that is just that simple and just
that sad.  They all were having trouble making their
mortgage payments.  They were all scared of losing the
house where they and their families lived.  They were all
contacted and promised assistance and they all paid money
for it and got absolutely nothing in return.

So, those are the victims of the fraud scam.
Now who are the scammers?  Well, you're going to learn
that this was a pretty large and sophisticated operation.
It involved a number of different people all working
together.  In short, we'll prove it was a conspiracy.  And
you're actually going to hear from a few conspirators
during this trial.  People who have been charged with
federal crimes, pleaded guilty and admitted what they've
done.  Some of them are serving prison sentences.  And
you'll hear from some of them that they're hoping to
reduce some of those sentences, but they haven't been
promised anything.  The only agreement they've entered
into is to tell the truth and they only get a benefit if
they do that.  So they'll have to come into court and
testify and tell the truth about what they did, how the
scam worked, and who else was a part of it.

So they'll tell you that these mailers with the
company names on them, they changed those company names

1    all the time.  Just like they changed the mailers.  You'll

2    hear that the people who were answering the phones and

3    pretending to be customer service representatives, they

4    weren't really qualified or trying to help.  And they were

5    using fake names and aliases, which they also changed

6    quite frequently.

7         You'll learn those addresses in southern

8    California where people were told to send their payments,

9    weren't really businesses or offices.  They were PO boxes

10   at retail mailbox stores that anybody can open.  At a

11   place like a UPS store or a mailbox, et cetera.  And

12   you'll learn that they never sent the money that they

13   received along to anybody's bank or lender to modify a

14   mortgage.  They kept the money and pocketed it, and then

15   used it for themselves.

16        Now the other three individuals, who are in

17   court today, have been charged with the same conspiracy.

18   Their names are written up on the board behind me.  They

19   are also sitting behind me.  And all three of them have

20   exercised their right to go to trial, which means that

21   they are presumed innocent until we prove them guilty

22   beyond what's called a reasonable doubt.  And that is what

23   we will do throughout this trial.

24        So throughout the rest of this opening statement

25   I want to explain how we're going to do that for all three

1   of them.  And you can think about the three of them and

2   remember each of their separate but key and important

3   roles, by these three words that start with an M that I'm

4   going talk about throughout the rest of this statement,

5   and that you'll hear about throughout the rest of the

6   trial.  Those are the mailers, the money, and the

7   mastermind.

8           So let me introduce you to those three M words.

9   First we have the mailers.  That's defendant Jen Seko.

10  Who is sitting over to my left in the back.  You'll learn

11  that she was the one that sent out the documents like

12  this.  Then there's defendant Michael David Henderson who

13  is sitting right there.  And you'll learn that he was the

14  money guy.  He helped to manage the conspiracies money and

15  the money that they derived and then distributed to other

16  co-conspirators.  He also helped scam some of the victims

17  on the phone convincing them to part with their hard

18  earned savings.

19          And then finally there's defendant Sammy Araya,

20  the mastermind.  You're going to learn that he cooked up

21  the whole thing.  It was his organization, it was his

22  operation.  He managed it and he profited the most from

23  it.

24          So now let me walk through those three M's sort

25  of one by one.  I want to start with the mailers.  You're

1    going to learn that in order to carry out a scam like

2    this, which involves relatively small dollar amounts but

3    from a lot of different people, two things are really

4    critical.  One is you have to know who's desperate and

5    vulnerable enough to fall for it.  In other words, who's

6    facing foreclosure.  And the other is you have to contact

7    enough of those people that at least some of them will

8    fall prey.  So that's where the mailers come in.  That's

9    where defendant Seko's responsibility came in.  Because

10   you'll learn that she actually did internet research,

11   looking at publicly available court records and other

12   documents and who was facing foreclosure.  She looked that

13   up online and helped figure it out and then she shared it

14   with the co-conspirators.  And then she sent mailers just

15   like this with some differences, with different titles,

16   different colors, but the same basic idea all across the

17   country blanketing the United States with them.

18           And then, they would get responses from those

19   mailers of people who are ripe to be scammed.  Now we'll

20   prove that she sent the mailers out through a company that

21   she owned called Seko Direct Marketing.  And you'll also

22   see that she sent them out with statements in them that

23   she knew or should have known were false; that she had to

24   know were untrue based on her own personal experiences.

25   For example, "We have been trying to reach you with no

14

1    success."  Well, you'll learn she was the one who got the

2    contact information for those individuals and she didn't

3    share it with her co-conspirators before sending these

4    things out.  All she sent them was lists of numbers of

5    possible victims per state.  So 1,000 possible victims in

6    New York this month facing foreclosure or 3,000 possible

7    victims in Georgia who you might be able to scam.

8         So you'll have to ask yourself without their

9    contact information and without any of that other

10   information about their mortgage status, how could they

11   have been trying to contact those people without success?

12   How could Ms. Seko have thought that statement was true?

13        Next, the money.  This is where we turn to

14   defendant Henderson.  And you're going to learn what he

15   did for the scheme as well.  You'll see he opened bank

16   accounts in his name that were used to receive victims'

17   payments.  Cashier's check, money orders, wire transfers.

18   You'll also see documents proving that he opened some of

19   those mailboxes at places like UPS stores where victims

20   were instructed to mail their checks.  And then other

21   people who worked with him in this scam will testify and

22   tell you he was also on the phones as a purported customer

23   service representative.  Helping to convince victims to

24   make the payments and even training other people, giving

25   them tips and best practices for how to do it.

 1          And then finally there's defendant Araya, the

 2     mastermind.  All of the co-conspirators who testify are

 3     going to tell you that he was the one who ran this scheme.

 4     That he recruited other people into it.  He held training

 5     sessions teaching them how to do it.  Came up with scripts

 6     for what they should say on the phones.  He held team

 7     meetings where he would encourage people to make more and

 8     more money for the fraud scam and reward those who did.

 9          And you'll learn that although he took pains to

10     keep his name out of stuff and to have other people do the

11     dirty work for him, he took a cut of everything, which he

12     used to fund a lavish lifestyle.  Expensive cars and a

13     three-story mansion he lived in in Santa Ana, California.

14          I want to talk just very briefly about the

15     charges in this case.  Judge Cacheris already outlined

16     them and you'll hear arguments and instructions much later

17     at the end of trial.  So I'll be very brief.  But

18     basically all they've been charged with is conspiracy and

19     also mail and wire fraud.  So for conspiracy it just means

20     an agreement.  And we'll prove that although there wasn't

21     necessarily a written document, nobody signed on the

22     dotted line, they all did band together and knowingly

23     agree to carry out the scam.

24          And then the mail and wire fraud charges are

25     going to be based on specific mailings and also e-mails,

1    wire communications, that have something to do with the

2    Eastern District of Virginia.  E-mails processed here or

3    mail that was sent to or received from a victim homeowner

4    who lives in northern Virginia.  Ultimately, by the end of

5    this trial we'll have proven that there was a massive mail

6    and wire fraud scam being operated from out west.  Mostly

7    southern California.  But a couple of co-conspirators who

8    later moved to Las Vegas, and that they defrauded a lot of

9    homeowners.

10        The real question, you'll have to answer

11   throughout this trial, is whether each of these three

12   individuals that has gone to trial knowingly participated

13   in the fraud.  So let me end just by talking about that.

14        First, the mailers defendant, Jen Seko.  You're

15   going to see the mass mailers that she sent out with some

16   of the false statements in them.  Some that I've talked

17   about already and others that you'll learn about later.

18   But one thing I haven't told you yet, is that she was

19   actually warned that this was all a fraud and she kept

20   doing it anyway.  You're going to hear she was approached

21   not once, but twice by inspectors from the United States

22   Postal Inspection Service, which is a law enforcement

23   agency that investigates mail fraud.  She was told that

24   they were looking into a mail fraud scam involving these

25   mailers and Sammy Araya.  They approached her in January

1    of 2013 the very first time and then came back on April 1,

2    2013.  And she was told that if she kept continuing to

3    send out the mail, if she didn't stop, she could be seen

4    as conspiring with them.

5         Now during the April 2013 visit you will hear

6    that she also made a recorded call with Sammy Araya on the

7    other end.  So she agreed to do that when the postal

8    inspector asked her.  And you'll hear that entire call.

9    It's about 30 minutes or so.  It will be played at trial.

10   And you'll hear that they talked about a victim

11   complaining about not getting a mortgage modification and

12   on the other end of the line Sammy Araya tries to say

13   "Don't worry, we'll get him a modification."  He gives her

14   the runaround.  But that's the same visit where the postal

15   inspectors tell her about those many other victim

16   homeowners all across the country who are also raising

17   similar complaints.  And that a grand jury is

18   investigating a fraud scheme.  And then you'll see what

19   she does after she's given those warnings.

20        Now she'll say she stopped.  That's what she

21   told the postal inspector.  She claimed she stopped for

22   good.  And maybe she did for a little while.  But you'll

23   see she picked right back up again.  Because, in words

24   that she wrote, "Sammy Araya was her biggest customer and

25   he gave her the highest profit margins."  So we'll prove

18

1    that months after the second postal inspector's visit in

2    April of 2013, she was still sending out the same mail.

3    All on behalf of defendant Araya helping to hook more and

4    more homeowners in.

5            You'll hear about that from somebody else who

6    worked for Sammy Araya.  He'll testify -- and his real

7    name is Joshua Johnson.  But what he's going to tell you

8    is that he used some aliases when he dealt with Ms. Seko.

9    One before the postal inspector's visit and another one

10   after.  But then he'll tell you that when he met up with

11   her, in person, he used the same voice that he previously

12   used on the phone.  He was ordering the same types of

13   mailers.  They had discussions about working with the same

14   group on behalf of this same type of corporation that was

15   running a mortgage modification scam.  And the defendant's

16   response, what Ms. Seko did when she was confronted with

17   the fact that it was the same person with the same voice

18   who was just using a different name sending the same

19   mailers in the name of a different company, was to laugh

20   about it.  You'll hear she laughed about how many

21   different aliases everybody else was using.

22           You'll also hear from some co-conspirators who

23   never even met her, but they knew that postal inspectors

24   had visited.  Because, even though law enforcement told

25   her not to, she tipped them off about it.  And it won't

19

1       just be the co-conspirators' word that you'll have.

2       You'll actually have documents, e-mails, that were found

3       on her computer after a search warrant that are dated

4       after the second postal inspector visit.  Where she's

5       discussing sending out more mailers to more vulnerable

6       homeowners, and talking about victim complaints.

7               You'll see one where she says, "I know this

8       mailer has gotten victim complaints before by people who

9       didn't get modifications, but "my fingers are crossed"

10      insert smiley face emoticon, that you won't get too many

11      more complaints in the future.

12              And most importantly, you're also going to hear

13      some voicemails, which again were on her computer, backup

14      files, that law enforcement technicians recovered.  They

15      are from after, months after, the postal inspectors

16      visits.  In September, October, and November of 2013.  And

17      they're voicemails left by Sammy Araya.  People will

18      identify his voice.  And on the call he says, "It's

19      Sammy."  And you know what they're discussing?  More

20      mailers, more mailing campaigns, and how much money Jen

21      Seko is going to get paid for it.

22              So let's talk about defendant Henderson for a

23      moment.  Now you're going to see the bank records for the

24      bank accounts that he opened in his name but with a DBA, a

25      doing business as name.  Of companies like Trust Funding

1    and American Certified Processing.  That sound legitimate

2    and that they might be willing to help.  But that you'll

3    learn were never qualified or authorized to modify

4    anybody's mortgage and never did.

5           You'll see he listed himself as the manager or

6    owner of those businesses.  And you're even going to hear

7    from some victims who were directly scammed by him.  Who

8    talked on the phone to a male individual who told them, In

9    order to get this modification, you'll have to hurry up

10   and send a wire transfer or a MoneyGram right away, to

11   somebody named Michael Henderson or Michael David

12   Henderson in some cases.  And that was a faster way in

13   some ways of getting cash in his pocket, but you'll learn

14   it left a trace, because you'll hear from the clerk out in

15   California, at a grocery store where Michael Henderson

16   presented his California driver's license and received

17   those wire transfers, which were marked as MoneyGrams that

18   were supposed to go to homeowners' mortgages, but instead

19   went into Michael Henderson's pocket.

20          Finally, I'd like to talk about defendant Araya,

21   the mastermind.  People are going to tell you how he

22   trained others in the scheme and how he talked about it.

23   How he made light of it.  How he actually talked to

24   victims on the phone using fake accents, fake voices, and

25   fake names.  How he told others to do the same.  You'll

                                                            21

1    hear that he and others made fun of the victims who fell

2    prey to this and then called to complain.  They called

3    them hot potatoes and they tried to pass them around so

4    that nobody will actually have to deal with them.

5           You'll also learn about team meetings that he

6    called, about how to avoid detection from law enforcement.

7    When investigators started looking around and coming

8    around the buildings and the call centers where his

9    employees were working, he would call a team meeting and

10   initiate what was called a reset, where they would shut

11   down briefly, move office buildings, destroy their

12   computers and other documents, and then start right back

13   up again with a new company name and a new list of

14   aliases.  But you'll learn that throughout it all,

15   throughout all of those transitions and the different

16   locations and the different addresses, one thing remained

17   the same.  Defendant Araya always got his cut.

18          The very last thing I want to talk to you about

19   is about one key date that brings all three of those

20   defendants together in the same room.  That date is

21   September 25, 2013.  Because you'll learn that months,

22   almost five to six months, after that April 2013 visit

23   from the postal inspector to Seko Direct Marketing.  Even

24   though Jen Seko didn't stop sending out the mailers, it

25   was apparently decided it would be a good idea to get her

1    name out of the equation.  Previously she'd be sending out

2    the mail using a bulk mailing permit at one of the post

3    offices in southern California.  But, you'll learn that on

4    September 25, 2013, she went into a new post office.  This

5    time in Fullerton, California, another city in that area,

6    with two men and opened up a brand new mailing permit.

7    Permit 78.

8            You'll hear from the clerk who was working in

9    the post office that day.  And you'll see the document,

10   the application that was used to open the new permit.  You

11   know whose name was on it?  Michael Henderson.  Along with

12   the same driver's license that he used to open bank

13   accounts and to receive MoneyGram transfers directly from

14   victims.  And then we'll prove through the postal

15   statements and the testimony of the postal clerk that even

16   though his name was on it, it was Jen Seko who kept on

17   bringing in the stacks and stacks of mailers and sending

18   them out.

19           And we'll prove to you that she was doing so on

20   behalf of Sammy Araya.  In fact, you'll even see the

21   e-mail where they decided to do all of this that was on

22   Ms. Seko's computer, where Sammy sent her an e-mail before

23   going into that post office and they talked about getting

24   Mike to help them out.

25           So if you remember nothing else, we'd ask you to

1    remember the story of that date, September 25, 2013.  It's

2    a little bit of a complicated story in some ways.  It does

3    involve a lot of people.  And you'll have to hear from a

4    number of different witnesses and look at some documents

5    to really piece it together and unravel it.  But you'll

6    see that the only reason it was so complicated is because

7    they tried to make it that way, because they were trying

8    to conceal themselves from detection from law enforcement,

9    trying to hide what they were doing.

10        When all the evidence and testimony is in, they

11   won't be able to hide from it anymore, because you'll see

12   that on that date the person sending the mailers, the

13   person handling the money, and the mastermind, all got

14   together, banded together, and conspired to do what

15   they've been doing for years.  To keep scamming

16   homeowners.  Real people, real families, with real

17   financial problems who were lied to, who were exploited,

18   and who were defrauded by these three defendants.

19        That's why at the end of this trial, my

20   co-counsel, Mr. Faulconer, is going to come before you

21   again, and he'll ask you to find each and every one of

22   these three defendants guilty on all charges.

23        Thank you very much.

24   (Defendants' Opening Arguments were given at this time,

25   but not included herein.)

CERTIFICATE OF REPORTER

1                        <u>CERTIFICATE OF REPORTER</u>

2

3          I, Tonia Harris, an Official Court Reporter for

4 the Eastern District of Virginia, do hereby certify that I

5 reported by machine shorthand, in my official capacity, the

6 proceedings had and testimony adduced upon the Trial in the

7 case of the **UNITED STATES OF AMERICA versus SAMMY ARAYA, et**

8 **al**, 1:15-CR-301, in said court on the 10th day of April,

9 2017.

10         I further certify that the foregoing 25 pages

11 constitute the official transcript of said proceedings, as

12 taken from my machine shorthand notes, my computer realtime

13 display, together with the backup tape recording of said

14 proceedings to the best of my ability.

15         In witness whereof, I have hereto subscribed my

16 name, this the 4th day of May, 2017.

17

18

19

20

21                                           

                            Tonia M. Harris, RPR

22                             Official Court Reporter

23

24

25