```
 1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF VIRGINIA
 2                    ALEXANDRIA DIVISION

 3  ----------------------------x
                                :
 4  UNITED STATES OF AMERICA     :
                                :
 5         versus               : Criminal Action Number
                                :
 6  SAMMY ARAYA                 : 1:15-CR-301
                                :
 7            Defendant.    :
    ----------------------------x
 8  ----------------------------x
                                :
 9  UNITED STATES OF AMERICA     :
                                :
10         versus               : Criminal Action Number
                                :
11  MICHAEL HENDERSON           : 1:15-CR-301
                                :
12            Defendant.    :
    ----------------------------x
13  ----------------------------x
                                :
14  UNITED STATES OF AMERICA     :
                                :
15         versus               : Criminal Action Number
                                :
16  JEN SEKO                    : 1:15-CR-301
                                :
17            Defendant.    :
    ----------------------------x
18
                                    April 20, 2017
19
                      VOLUME I OF VIII
20
            (Government's Rebuttal Argument)
21
            The above-entitled Jury Trial was continued
22      before the Honorable James C. Cacheris, United
        States District Judge.
23
            THIS EXCERPT TRANSCRIPT REPRESENTS THE PRODUCT
24      OF AN OFFICIAL REPORTER, ENGAGED BY THE
        COURT, WHO HAS PERSONALLY CERTIFIED THAT
25      IT REPRESENTS TESTIMONY AND PROCEEDINGS OF
        THE CASE AS RECORDED.
                                                          1
```

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3            UNITED STATES ATTORNEY'S OFFICE
              Samantha Bateman
 4            Ryan Scott Faulconer
              US Attorney's Office (Alexandria-NA)
 5            2100 Jamieson Avenue
              Alexandria, VA 22314
 6
      FOR THE DEFENDANT: (Araya)
 7
              Frank Salvato
 8            1203 Duke Street
              Alexandria, VA 22314
 9
      FOR THE DEFENDANT: (Henderson)
10
              Bruce Cooper
11            717 D Street, NW
              Suite 300
12            Washington, DC 20004

13    FOR THE DEFENDANT: (Seko)

14            John Louis Machado
              Law Office of John Machado
15            503 D Street NW
              Suite 310
16            Washington, DC 20001

17            FALLGATTER & CATLIN
              Curtis Fallgatter
18            Alex King
              200 East Forsyth Street
19            Jacksonville, FL 32202

20

21
      OFFICIAL UNITED STATES COURT REPORTER:
22
              MS. TONIA M. HARRIS, RPR
23            United States District Court
              Eastern District of Virginia
24            401 Courthouse Square
              Tenth Floor
25            Alexandria, VA 22314
              763-443-9034
```

1    (Previous arguments were had but not included herein.)

2                    **REBUTTAL CLOSING ARGUMENT**

3         MS. BATEMAN:  Good morning, ladies and

4    gentlemen.  Thank you again for your time and attention

5    throughout this case.  We know it's been a sacrifice for

6    you to take two weeks out of your lives and sit through

7    this.  But we're very grateful for the time and attention

8    you've given us and for how seriously you've taken this

9    very serious responsibility.

10         You've heard a lot of evidence, you've seen a

11   lot of documents.  So I don't want to rehash this entire

12   case.  I just want to leave you with a few final thoughts.

13         The very beginning of this trial early last week

14   we told you this case was going to be about lies and

15   deception.  And that's exactly what it was.

16         And now the defense's arguments you've seen is

17   all about their excuses and explanations.  And I do want

18   to be clear they don't have a burden.  They didn't have to

19   come up here and give you a closing argument.  They didn't

20   have to call witnesses or do anything like that.  But,

21   when they do argue things to you, you can evaluate them

22   and use your common sense.  Ask whether they make sense,

23   whether those arguments are supported by the facts or the

24   evidence, whether they're reasonable.

25         And it will be your choice, but we'd submit we

                                                          3

1    have proven more than enough evidence and testimony that

2    all three of these individuals are guilty beyond a

3    reasonable doubt.  You'll have to consider each one of

4    them individually.  There will be a separate verdict form

5    for each one.  So that's why I am going to talk about each

6    one of them one by one in order.

7            I'm going to pick up right back where Mr.

8    Fallgatter left off with these mailers and with his

9    client, defendant Jen Seko.  Now there's no dispute in

10   this case about what her role was.  Doing all the

11   research, finding all of these people, and then targeting

12   them and sending out the mailers.  And no one has disputed

13   that.  The question is just her knowledge and her intent.

14   And this isn't mud on the wall, ladies and gentlemen.

15   This is the actual language.  We think you'll hear in the

16   instructions that Judge Cacheris is going to give you soon

17   about deliberate ignorance.  That nobody can avoid

18   responsibility for a crime by deliberately ignoring what

19   is obvious.  It's sometimes known as an ostrich

20   instruction.  And that image sort of makes sense, you

21   can't just stick your head in the sand and ignore what's

22   going on around you.  You can't just lie about all of the

23   fake names and aliases that people are using and changing

24   up from time to time.  Ignore the word salad of which

25   company of the week are we now.  Is it Retention Services,

4

1    have we changed to Home Preservation Group.  And then from

2    Home Preservation Group to Equity Restoration Group.  Just

3    synonyms for the same fake organizations.

4         You can't just close your eyes and wish away

5    what's actually happening.  You've seen this e-mail before

6    and you'll have it back in the deliberation room.  This is

7    deliberate ignorance.  This is her saying:  I know people

8    are complaining that they are not getting their mortgages

9    actually modified, but I am going to "cross my fingers"

10   that that doesn't keep happening, that those people don't

11   keep calling in and that I don't get caught.  I'll put

12   somebody else's name on the postal permit, I'll have them

13   sign these little disclaimer forms, I'll put fine print on

14   my mailers, and I'll just "cross my fingers" that all of

15   those people that I know are getting scammed in the back

16   room won't call to complain.  That's deliberate ignorance.

17        And the Judge will tell you that that's

18   equivalent to knowledge.  But more than that, we know that

19   she actually knew.

20        Mr. Fallgatter said that nobody from the

21   Government was going to be able to stand up and say that

22   somebody had told her that they were being -- that the

23   victims were being scammed.  But you heard from that

24   person, inspector Rocio Gonzalez.  She told defendant Seko

25   that twice.  They've talked a lot about the cooperators

5

1    and drug use and everything like. But Investigator

2    Gonzalez, you saw her. She's not a personal meth user,

3    she doesn't use cocaine, she didn't sign a plea agreement

4    with the Government. That's true. She's a law

5    enforcement officer and she works for the government. So

6    you should evaluate that as part of her credibility. But

7    you got to see her testify. You heard her polite

8    responses to questions. How she was responsive to the

9    questions on cross-examination. You could see from her

10    demeanor what happened when she went to Jen Seko's place

11    of business. She walked in politely and respectfully but

12    firmly told the defendant "What you are doing, sending out

13    these mailers for these particular companies is leading to

14    them being defrauded." And she told her that twice.

15          Then we have to think about what Jen Seko did

16    after that. Now there was a lot of talk on the closing

17    arguments about Matt Kelly. And there's plenty of

18    evidence and testimony that Matt Kelly was the same person

19    as Simon Andrews and that Jen Seko knew all of that and

20    she was sending e-mails to Sammy Araya about Matt's print

21    jobs, so she knew what was going on. But honestly, we

22    don't need Matt Kelly. You can think about the timeline

23    of events and all the other e-mails and all the documents

24    that were found on her computer.

25          Because this is something that Mr. Fallgatter

1    didn't talk about.  He talked about that undercover

2    recording that was made on April 1st of 2013.  Keep in

3    mind that was after the postal inspector had already came

4    in January.  It was after in the intervening months

5    between January and April 1st of 2013.  Ms. Seko had been

6    paid over $150,000 in cashier's check from Sammy Araya.

7    So we don't know what the circumstances were leading up to

8    that call and what they may have discussed beforehand

9    about what to do if the postal inspector came back.

10           But what we do know, what that call shows, and

11   what her subsequent actions prove is that she knew what

12   was going on was wrong.  Maybe one customer got a refund.

13   They gave one guy his money back to try to throw law

14   enforcement off.  That's not a defense.  It proves that

15   she knew people were complaining about not getting their

16   mortgages modified.  And, she said that regardless of

17   whatever Sammy was telling her on that call, she wasn't

18   buying his story about people actually getting mortgage

19   modifications, because her claim all along has been, "I

20   stopped.  I didn't deal with Sammy Araya after that."

21   That's what she told Inspector Gonzalez in an e-mail she

22   sent in May of 2013.  That's what she said when she was

23   arrested and that's what she said now, but that isn't

24   true.  And you know that from these other e-mails.

25   E-mails after April 1, 2013.  And you've seen these when

7

1   Mr. Faulconer presented them to you.  So I'm not going to

2   go through them all again.  But you can read them all.

3   They are from Jen Seko to abcinctv@gmail.com.  The same

4   e-mail address she'd been using to correspond with Mr.

5   Araya all along.  And they said that we wouldn't have any

6   proof from her computer of the fact that she was still

7   doing mailings from Mr. Araya after the second postal

8   inspector visit.  But that's what these e-mails are

9   discussing, the e-mails and the voicemails about mailers,

10  about print jobs, about money that she's going to be paid,

11  about credit card information.  And eventually about her

12  giving Sammy Araya ABC Marketing, his own e-mail address,

13  at her mom and pop print shop company.

14  Sam@sekodirect.com.  You didn't hear one word about this

15  from her attorney.

16          These aren't e-mails with Matt Kelly, they're

17  with Sammy Araya.  Somebody she was told twice was a

18  fraudster.  She kept doing business with him and even

19  invited him into the fold.  And you didn't hear any

20  explanation for that because there is none.

21          You also heard those voicemails.  His own words

22  again.  And this is just the one that was played, but we

23  encourage you to listen to them all.  They are all

24  throughout the fall of 2013.  Voicemails from Sammy left

25  on her computer, saved on those computers where he's

8

1    calling to talk about mailing him and sending out more
2    mail from the USPS, the United States Postal Service, that
3    she's doing on his behalf.  The computer doesn't lie.  The
4    e-mails don't lie and the voicemails don't lie either.
5    And they prove that she was knowingly participating after
6    April 1, 2013.  And this doesn't lie either, because
7    there's a lot of discussion about the contents of these
8    mailers and certainly there are a lot of statements that
9    are very misleading and some that are outright false.  But
10   what's important to note about these two dates and these
11   two documents:  That one, is a document, a flyer, courtesy
12   of Retention Services that she gave to Postal Inspector
13   Gonzalez all the way back in January of 2013 and said,
14   "This is the mailer courtesy of that company that I'm
15   sending out for Sammy Araya."
16          And then over a year later in June 2014 her
17   business is searched and it's not just the same mailer
18   that's found.  That statement that they quoted about "It's
19   not all about the contents of the mailers, it's about
20   whether the company that's behind them is actually
21   legitimate is actually backed up by something real."  It's
22   the same company.  The same document.  The same mailer.
23   And again, it says "courtesy of Retention Services."
24   She's still sending the mail for the same sham entity over
25   a year later knowing what's going on behind the scenes.

                                                        9

1          And that's why she's here, because in the

2    intervening over a year, a year and several months,

3    between when Postal Inspector Gonzalez first visited her

4    and then when her business was searched later, she kept

5    doing all of this research and all these real people and

6    their houses and their mortgages --

7          MR. FALLGATTER:  Your Honor, I object to her

8    saying it was mailed.  It was found there in June and

9    there's no evidence that it was mailed.

10         THE COURT:  Overruled.  Go ahead.

11         MS. BATEMAN:  In the intervening months she was

12   still doing the research --

13         THE COURT:  Let me say one other thing, final

14   arguments are not evidence in the case.  Go ahead.

15         MS. BATEMAN:  And ladies and gentlemen, you'll

16   have the statements from all of the U.S. Postal Service

17   statements, which show that mail is being sent out from

18   Permit 78, which wasn't even opened until September of

19   2013.  So it was still being sent at that time.  The

20   e-mails.  The e-mail traffic attaching some of those

21   postal statements between Jen Seko and Sammy Araya, ABC

22   Marketing showing that those mailers are going out.  And

23   that's why she's here.  That's why she's sitting in this

24   same defendant chair that Inspector Gonzalez warned her

25   she would be sitting in if she kept on doing business as

                                                        10

1   usual with Sammy Araya.

2          And, so we ask that you don't let her hide

3   behind the fact that she owns a business and that she had

4   a different role from some of the other different

5   individuals in this case.  That's true.  But as the judge

6   will instruct you, the question in this case is not about

7   whether each individual defendant made each individual

8   lie.  It's a conspiracy.  And so if what she was doing was

9   enabling the other people on the other end of the phone

10  line to continue scamming these people and defrauding them

11  out of their money, then she's knowingly part of that

12  conspiracy.  And if their reasonably foreseeable actions

13  at defrauding those people are furthering that scheme,

14  then those actions are also attributable to her.

15         And there also were those material statements.

16  In this flyer, you heard from some of the victims, Mr.

17  Seunath, for example, who told you that that statement,

18  what she couldn't have possibly have thought was true,

19  that, "We've been trying to reach you with no success.

20  There's a case manager standing by and please contact them

21  to get some assistance and help."  He told you, I wouldn't

22  have called that number right below that statement if I

23  had known that there wasn't really a company there that

24  was trying to reach me.  If I had known that it was just a

25  front and that that company didn't even have my contact

1     information until after the mailer was sent out.  So those

2     are material misrepresentations and you can consider that.

3              And when you consider their argument that she

4     was just at the beginning of the process and everybody

5     else was running the back door operation, ladies and

6     gentlemen, she was the front door.  If you think about it

7     like somebody who picks a lock to someone's house and then

8     the other co-conspirators that they are working with go in

9     and steal the TVs and steal the jewelry and steal the

10    cash.  The person who picked the lock is just as

11    responsible.

12             And that's what she was doing.  She was hooking

13    the people in, she knew that it was wrong, she was warned

14    multiple times, she was told that they were defrauding

15    people.  And she kept doing it.  Because, as you heard,

16    Sammy Araya was her biggest customer, he gave her the

17    highest profit margins and she wanted to keep getting the

18    money.  In some ways that's understandable, but it's not

19    excusable.  It's sill a crime.

20             I want to talk now about the other defendant in

21    this case.  Michael Henderson.  And you heard from his

22    attorney last night and he told you essentially that

23    Michael Henderson didn't know what he was doing either.

24    That it was all just too complicated for him to figure

25    out.  But again deliberately ignoring reality of what's

1    going on, being blind to what's actually happening isn't a

2    defense.  That's actually just a part of the legal

3    instruction on knowledge.  But you don't even need to rely

4    on that instruction for Michael Henderson, because again

5    the evidence bears out that he knew what he was doing and

6    he knew it was wrong.  He just wasn't lost in a complex of

7    web of things that didn't make sense.  He was actually the

8    one who was sophisticated enough to go get fictitious

9    companies registered with actual states, to have actual

10   certificates.  And then to go into multiple banks and open

11   those up.  To go into multiple mailbox stores and open up

12   the mailboxes that was used to deliver the money.

13          And he was sophisticated enough to then go into

14   those banks and withdraw all of the money that was coming

15   in.  And it's obvious what's going on here.  You can look

16   at those bank accounts.  This is from that Chase Bank that

17   he opened up in the name of trust funding.  All of these

18   checks coming in from various homeowners, including the

19   third one down on the left-hand side.  That's the check

20   that David Augustin and his wife, Jessica Jean Lord sent

21   in trying to modify their mortgage.  And then the money

22   was withdrawn with a signature, and you can judge it for

23   yourselves, from Michael Henderson.

24          So is it really just a mistake or just an

25   accident?  Do you really not know what was going on when

13

1    all of these checks, this is 11 checks from other

2    homeowners were coming into that account that he had

3    opened, and again he was withdrawing huge sums of money,

4    lump sums of cash. So you'll have to use your common

5    sense and ask does it make any sense that he didn't know

6    that what he was doing was furthering a fraud.

7          And then he actually directly scammed some

8    people. You heard from Auntrae Boyd who said he had a

9    conversation on the phone with a Michael Henderson. He

10   was talking to Michael Henderson as he was driving to go

11   wire money to Michael Henderson where he could pick it up.

12         And so, then you also heard from Ronald Day who

13   was scammed out of over $35,000 in a variety of different

14   forms that mostly ended up in Michael Henderson's hands.

15   Checks that he signed out of those accounts where Ronald

16   Day transferred the money in, and then Michael Henderson

17   paid out somebody else like Ian Plymesser, who was

18   involved in this scheme.

19         And this is a slide that you've already seen, so

20   I don't want to focus too much on this one. But this is

21   the MoneyGram wire transfers from all of those individuals

22   that wired money directly to Michael Henderson and they

23   were picked up by Michael Henderson using his name, using

24   his driver's license in California. But this is a part of

25   that slide that we didn't talk about much yet. This is a

14

1  line from an individual you didn't hear from, Linda

2  Buchmann.  And she didn't testify.  But this document

3  actually speaks for itself.

4        And what it shows is that she wired money

5  through MoneyGram to Michael Henderson and she had a

6  chance to write a little comment.  She wrote "Wells Fargo

7  payment."  This is a payment for my mortgage.  But it

8  didn't go to Wells Fargo.  It was signed for by Michael

9  Henderson.  He took it out.  He pocketed it.  And he knew

10  what he was doing was wrong.

11        So at the end of day, it may be true he was

12  brazen and he was quite bold to do this in his own name,

13  using his own driver's license.  But being a bold or a

14  brazen criminal is not an excuse or a defense.

15        So finally, we come to the person who in some

16  ways really started it all.

17        MR. FALLGATTER:  Your Honor, I understood the

18  Government reserved 15 minutes.  They've been going for

19  about 18.

20        THE COURT:  She's going for 15.  I will give her

21  about three more minutes.

22        MS. BATEMAN:  That's fine.  I think Mr.

23  Faulconer took 40 so we were keeping the rest of the hour

24  for me.

25        THE COURT:  Yeah, go ahead.  Right.

1    MS. BATEMAN:  So, I'll be brief then on Sammy

2    Araya, the mastermind of it all.

3        Now he's tried to blame everybody else in his

4    organization and tried to make it sound like it was just

5    rogue employees off doing their own thing.  And to be sure

6    the documents from the Las Vegas search -- you'll be able

7    to see them all -- and they don't have his name.  By and

8    large they don't have anybody's name except for the names

9    of the victims.

10        The list of the people that were actually

11   running this, those are alias names, those are fake names.

12   And we know from the testimony and from the documents that

13   Sammy Araya was connected to those Las Vegas folks, they

14   were on team Voltron, which is one of his teams.  He said

15   so in those e-mails.  He tried to fragment it all to try

16   to defuse responsibility and then create competition

17   between the sales teams, but team Voltron, his own words,

18   his own e-mails, he says, "It's all one company just broke

19   up by a sales floor."

20        And then we know that those individuals that

21   were scammed and their information was found in Las Vegas

22   were tied to this scheme because, for example, Jessica

23   Jean Lord and David Augustin, their information was found

24   at the Vegas search, but it was also in Jen Seko's

25   computer.  Somebody that Sammy Araya was dealing with on a

16

1    daily basis or a weekly basis to place mailer orders.

2            And then it was also the -- the check that he

3    sent was also deposited into an account that was opened by

4    Michael Henderson.

5            And so Sammy Araya he may have had other people

6    do the dirty work all in the middle, but his fingerprints

7    are all over the starting line and the finish line in this

8    case.  His e-mails ordering the mailers for all of his

9    different teams are what started it all.  And then his

10   fingerprints are all over the money, the bank accounts

11   that he used as his personal piggy banks essentially to

12   pay for his trips to fund Make It Rain TV and to pay his

13   Amex bills.  And you've seen all of those documents.

14           And his attorney said there won't be any checks

15   from ABC Marketing.  Well, here are a couple.

16   Government's Exhibits 128-12 and 13.  They are from the

17   same bank account that Michael Henderson opened.  That's

18   the check that David Augustin sent, was deposited into

19   that account, and these ABC Marketing checks are from a

20   date before and six days after David Augustin's payment

21   that he thought was going to modify his mortgage.

22           So finally, this video.  Now, yes, the video

23   does have some ostentatious displays of things that were

24   bought for a lot of money.  But we're not pounding the

25   table about it.  And if you watch it again, don't even

17

1  focus on all of that expensive stuff.  The important thing

2  about this video, the people and how they interact with

3  each other.  And what's clear, the star of the show is

4  Sammy Araya.  He's the one ordering people around, giving

5  the tour.  Nick Estilow appears in it as a bit player.

6  Roscoe Umali, the mastermind Roscoe Umali you've heard so

7  much about, is playing the piano.  But, it's Sammy Araya

8  that is walking through the whole thing.  And that's

9  exactly how it's been throughout this case.

10          So finally, you've heard a lot in the closing

11  arguments about how this may have been victims out for

12  revenge or it was all just co-conspirators who made it all

13  up in a back room.  A big Government conspiracy.

14          But these are the names of the people who aren't

15  in jail, who don't want anything from the Government.  For

16  example, Nadi Abrahem.  Victor Kumar, Su Lohia.  The

17  people form the mailbox stores who testified.  Boolai Kim,

18  who works as a postal clerk out in Fullerton.  Ivorie

19  Ladd, she testified she worked at the Chase Bank where

20  Michael Henderson opened up that bank account that was

21  closed for suspicious activity.  And then the MoneyGram

22  witnesses.  These two individuals who worked for MoneyGram

23  or who worked at the Albertsons store, like Ms. Chaiwan

24  where Michael Henderson picked up those payments.

25          THE COURT:  You have about two minutes.  Go

18

1    ahead.

2              MS. BATEMAN:  Thank you, Your Honor.  These

3    people didn't cook up their evidence or their testimony.

4    They had no reason to lie.  Most of them have probably

5    never even met each other.

6              But they all came in and offered their testimony

7    and it's all backed up by all of the documents and right

8    there it proves the involvement of all of these

9    individuals.  The mailboxes, and Boolai Kim show the

10   involvement of Jen Seko, Michael Henderson.  The MoneyGram

11   witnesses show Michael Henderson's involvement with

12   getting wire transfers.  And then Justin Acosta, who again

13   has no reason to lie, came in from YouMail and played all

14   those voicemails, they were sent to Sammy Araya with

15   victim complaints.  Sammy Araya making reservations at

16   various restaurants just like the cooperators told you and

17   Sammy Araya spending the money.

18             None of these people had any bias or reason to

19   lie.  And they alone are enough to prove all of these

20   three defendants' guilt.

21             So we'd ask that you just go back in that

22   deliberation room and render a verdict that's consistent

23   with the evidence.  We understand that you don't have an

24   easy job.  The case is now going to be in your hands.

25   We're asking you to return a verdict of guilty on all of

                                                          19

1    these counts, against all of these individuals, because

2    all of them conspired and they're all responsible for

3    defrauding these victims.

4            Thank you.

5

6    (Closing Jury Instructions were given at this time, but

7    not included herein.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

20

CERTIFICATE OF REPORTER

I, Tonia Harris, an Official Court Reporter for the Eastern District of Virginia, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had and testimony adduced upon the Trial in the case of the **UNITED STATES OF AMERICA versus SAMMY ARAYA, et al**, 1:15-CR-301, in said court on the 20th day of April, 2017.

I further certify that the foregoing 21 pages constitute the official transcript of said proceedings, as taken from my machine shorthand notes, my computer realtime display, together with the backup tape recording of said proceedings to the best of my ability.

In witness whereof, I have hereto subscribed my name, this the 4th day of May, 2017.

_____
Tonia M. Harris, RPR
Official Court Reporter